# WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP

33 Washington Street, Newark, New Jersey 07102-3017   Tel: (973) 624-0800   Fax: (973) 624-0808

Albany • Baltimore • Boston • Chicago • Dallas • Garden City • Houston • Las Vegas • London • Los Angeles • McLean
Miami • Newark • New York • Orlando • Philadelphia • San Diego • San Francisco • Stamford • Washington, DC • White Plains
*Limited Liability Partnership of NY*
Affiliates: Berlin • Cologne • Frankfurt • Mexico City • Munich • Paris

www.wilsonelser.com

JAMES CRAWFORD ORR, BRIAN J. WHITEMAN, WILLIAM J. RUNA, SUSAN KARLOVICH, THOMAS F. QUINN, MATTHEW S. MAHONEY, BARBARA HOPKINSON KELLY, KEVIN C. DONOVAN, CAROLYN F. O'CONNOR, JAMES S. REHBERGER, KENNETH M. BROWN, JOSEPH T. HANLON, WILLIAM F. KRAUSS, ROBERT LESKO, MICHAEL J. NAUGHTON, RENEE J. SHERMAN, MARTIN J. SULLIVAN, ROBERT T. GUNNING, JOSEPH A. GALLO, GREGG S. KAHN, ROBERT A. BERNS, KURT W. KRAUSS, OF COUNSEL, KELLY A. WATERS, ROBERT C. NEFF, JR., COLIN P. HACKETT, JOHN F. O'TOOLE

SUNA LEE, GREGORY T. FOOTE, JOANNA PIOREK, JULIE VON SEVERN, KURT H. DZUGAY, MICHAEL L. TRUCILLO, GINA CALABRIA, MATHEW BRODERICK, JOHN W. WILLIAMS, LAUREN M. IPPOLITO, CHRISTOPHER W. McCLANAHAN, BRUCE W. McCOY, JR., SHAUN S. McGREGOR, MICHAEL L. SOLOMON, TIMOTHY COUGHLAN, RENEE D. PACCIONE, KIM M. CONNOR, DANIEL B. ZEMSKY, ADAM B. PICINICH, C. TY NGUYEN, JOHN J. SHOTTER, JESSICA BRENNAN, PETER A. SWIFT, TIMOTHY WISS, ADAM J. KIPNIS, KATHERINE POTTER, ERIC T. EVANS, MELISSA LANDAU

KEITH G. VON GLAHN (1952-2007)

November 5, 2008

**Via Electronic Filing**
Hon. Peter G. Sheridan, U.S.D.J.
United States District Court for the District of New Jersey
50 Walnut Street
Newark, New Jersey 08101

Re:   **The Prudential Insurance Company of America**
      **v. Higuera, et al.**
      **Docket No.: 06-cv-3324 (PGS)**
      **Our File No.: 09718.00013**

Dear Judge Sheridan:

This office represents Plaintiff, The Prudential Insurance Company of America in connection with the above-referenced matter. We are pleased to report that the parties have amicably resolved this matter pursuant to a Consent Order executed and so Ordered by Your Honor. We would ask that Your Honor enter an Order of Dismissal of this matter. We thank Your Honor for your courtesies and attention to this matter.

Respectfully submitted,
WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP

Julie E. Von Bevern

SO ORDERED: _[signature]_
DATED: 11/6/08